798 A.2d 1276

**John Douglas WOOD, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Appellant.**

**No. 88–MAP–2000.**

Supreme Court of Pennsylvania.

June 18, 2002.

## ORDER

PER CURIAM.

AND NOW, this 18th day of June 2002, we *reverse* the Order of the Court of Common Pleas of Chester County and *reinstate* the license suspension. *See Scott v. Commonwealth, Dep't of Transp.,* 567 Pa. 631, 790 A.2d 291 (2002); *Crooks v.*

600

*Commonwealth, Dep't of Transp.,* 564 Pa. 436, 768 A.2d 1106 (2001); *Harrington v. Commonwealth, Dep't of Transp.,* 563 Pa. 565, 763 A.2d 386 (2000).

Justice CAPPY files a Concurring and Dissenting Statement, in which Chief Justice ZAPPALA joins.

### CONCURRING AND DISSENTING STATEMENT
Justice CAPPY.

I concur in the court's per curiam order reversing the order of the Court of Common Pleas of Chester County. However, I dissent to the court reinstating Appellee John Douglas Wood's license suspension. In accordance with this court's recent decision in *Harrington v. Commonwealth Dep't of Transportation,* 563 Pa. 565, 763 A.2d 386, 393–94 (2000), I believe that the matter should be remanded for consideration of ancillary non-constitutional issues that were raised and preserved for review.

Chief Justice ZAPPALA joins this concurring and dissenting statement.